UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,        Case No. 1:19-mc-41

v.        HON. PHILLIP J. GREEN
        United States Magistrate Judge

RANDALL S. DAVIS,

        Respondent.
_____/

## REPORT AND RECOMMENDATION

This matter is before the Court under 28 U.S.C. § 636(b)(1)(B) on the United States' Petition to Enforce IRS Summons. (Petition, PageID.1) An order to appear and show cause why the petition should not be granted was issued on May 30, 2019. (Order, PageID.25) The show-cause order was served on Respondent on June 5, 2019. (Process, PageID.27.) The Court conducted a hearing on June 26, 2019, on a show-cause order regarding Respondent's failure to obey a September 25, 2018, Internal Revenue Service ("IRS") summons; Respondent appeared as ordered and did not file any written opposition to the United States' petition for judicial enforcement of the IRS summons. (Minutes, PageID.28.) Respondent failed to show good cause why Respondent should not be compelled to obey the IRS summons. At that time, the Court afforded Petitioner an additional month to comply with the IRS summons. (*Id.*) On July 29, 2019, the Court held a hearing at which Petitioner conceded he still has not complied with the IRS summons. (Minutes, PageID.30.)

Accordingly, the undersigned recommends that the Petition to Enforce IRS Summons be granted and that the Court order Respondent to comply completely with that summons,

including: 1) Respondent shall appear before IRS Revenue Officer Christopher Desmond at the place indicated on the summons no later than 5:00 p.m. Eastern Standard Time on the date 14 days after the Court adopts this Report and Recommendation, and 2) Respondent shall fully comply with all directions and instructions in the summons by that date and time.  The undersigned further recommends the Court: 1) warn Respondent that failure to comply with this Order may result in sanctions, including contempt of court, and 2) instruct the Clerk of Court to serve a certified copy of the Court's Order to Respondent by U.S. mail at Respondent's address listed on the proof of service (Process, PageID.27) immediately.

Dated: August 8, 2018                             /s/ Philip J. Green
                                                  HON.  Phillip J. Green
                                                  United States Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice.  28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).